| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Tyson M. Takeuchi (SBN 177419)<br>LAW OFFICES OF TYSON TAKEUCHI & ASSOCIATES<br>1100 Wilshire Blvd., Suite 2606<br>Los Angeles, CA 90017<br>Tel: (213) 637-1566<br>Fax: (866) 481-3236<br><br>*Attorney for* Delmy Celina Hernandez | **FILED & ENTERED**<br><br>FEB 02 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY smith     DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>DELMY CELINA HERNANDEZ,<br><br>                                                           Debtor. | CHAPTER 13<br><br>CASE NUMBER 6:09-bk-15275-MJ |
|---|---|
| | DATE: 12/14/09<br>TIME: 1:30 p.m.<br>COURTROOM: 302, 3rd Floor<br>3420 Twelfth St., Riverside, CA 92501 |

## AMENDED ORDER ON OBJECTIONS TO CLAIMS

The Debtor or Trustee having filed objections to certain claims, the Court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing therefore, the Court makes the following ruling as to the objections to claims:

(**NOTES FOR USE OF THIS FORM**:  *List claims in ascending numerical order based upon the Clerk's Claim Number. Use a separate box below for each Claim.  Attach as many Continuation Pages as are necessary.*)

| | For Court Use Only |
|---|---|
| Calendar Number: 20     Claim Number: 12-1     Claim Amount: $39,803.90<br><br>Claimant Name: Medrano's Paving Company<br><br>☐ Disallowed    ☒ Allowed:    ☒ Secured: $16,501.62    ☐ Priority: $<br><br>Basis for Objection: Claim dollar amount listed in Proof of Claim incorrect. Secured claim to be reduced from $39,803.90 to $16,501.62. The difference is to be disallowed as a secured or unsecured claim. | |
| Calendar Number:     Claim Number:     Claim Amount:<br><br>Claimant Name: Countrywide Home Loans, Inc.<br><br>☐ Disallowed    ☐ Allowed:    ☐ Unsecured: $<br>                                                                   ### <br><br>                                                                                                        ☐ Priority: $ | For Court Use Only |

DATED: February 2, 2011

_____
United States Bankruptcy Judge

Order on Objections to Claims – Continuation Page *(Page ____ of __6__)*   **F 3007-1.1**

| In re: DELMY CELINA HERNANDEZ | CHAPTER 13 |
|---|---|
| Debtors. | CASE NUMBER 6:09-bk-15275-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshire Blvd., Suite 2606, Los Angeles, CA 90017

A true and correct copy of the foregoing document described _____ PROPOSED AMENDED ORDER ON OBJECTIONS TO CLAIMS   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ 1/28/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

JUDGE COPY Ctrm 301, 3420 12th Street, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/28/2011 | Albert Pfaffman | /s/ Albert Pfaffman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                    **F 3007-1.1**

Order on Objections to Claims – Continuation Page *(Page \_\_\_\_ of \_\_6\_\_)*    **F 3007-1.1**

| In re: DELMY CELINA HERNANDEZ | CHAPTER 13 |
|---|---|
| Debtors. | CASE NUMBER 6:09-bk-15275-MJ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __AMENDED ORDER ON OBJECTIONS TO__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __1/28/2011__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Julian K Bach**   Julian@Jbachlaw.com
- **Rod (MJ) Danielson (TR)**   notice-efile@rodan13.com
- **Eric D. Houser**   scleere@houser-law.com
- **Tyson Takeuchi**   tysonlawfirm@yahoo.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov
- **Kristin A Zilberstein**   bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Delmy Celina Hernandez, 16322 Cabrillo Drive, Victorville, CA 92395
Medrano's Paving Company, PO Box 403829, Hesperia, CA 92340
Medrano's Paving Company Agent for Service: Mark Medrano, 17811 Sultana, Hesperia, CA 92345
Rod Danielson (TR), 4361 Latham Street, Suite 270, Riverside, CA 92501
United States Trustee (RS), 3685 Main Street, Suite 300, Riverside, CA 92501

☐ Service information continued on attached page

| Order on Objections to Claims – Continuation Page *(Page _____ of __6__)*  **F 3007-1.1** ||
|---|---|
| In re: DELMY CELINA HERNANDEZ | CHAPTER 13 |
| Debtors. | CASE NUMBER 6:09-bk-15275-MJ |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                     **F 3007-1.1**